

FILED
JUN 2 6 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL JENNISON,

    Plaintiff,

v.

RACKLEY,

    Defendant.

Case No. C 14-2423 PSG (PR)

**ORDER OF TRANSFER**

On June 13, 2014, plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against officials at California Health Care Facility. California Health Care Facility is located in Stockton, California, which lies in San Joaquin County. Because San Joaquin County lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one.[1] Accordingly, this case is TRANSFERRED to the Eastern District of California.[2] The Clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

IT IS SO ORDERED.

DATED: 6-26-14

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* 28 U.S.C. § 1391(b).

[2] *See* 28 U.S.C. § 1406(a).

Case No. C 14-2423 PSG (PR)
ORDER OF TRANSFER